UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELITE WHEEL DISTRIBUTORS,
INC.,

      Plaintiff,

v.                                Case No:  8:23-cv-2284-JLB-TGW

TIREKINGZ OF GEORGIA LLC,

      Defendant.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that Plaintiff Elite Wheel Distributors, Inc.'s Motion for Final Default Judgment as to Counts I–II (Doc. 17) be **GRANTED in part**.  (Doc. 18).  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be **ADOPTED**.

Accordingly, it is **ORDERED** that:

(1) The Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order for all purposes.

(2) Plaintiff Elite Wheel Distributors, Inc.'s Motion for Final Default Judgment as to Counts I–II (Doc. 17) is **GRANTED to the extent that default judgment be entered in favor of Plaintiff and against the Defendant on the Breach of Contract claim (Count I)**.

(3) The Clerk of Court is **DIRECTED** to enter a default judgment in the total amount of $107,421.91, which is comprised of $93,628.46 in compensatory damages, pre-judgment interest of $13,306.45, and taxable costs of $487.00.

(4) The Clerk of Court is **DIRECTED** to terminate all deadlines, deny all pending motions as moot, and close the file.

**ORDERED** in Tampa, Florida, on February 5, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE